UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WOLFES & VON ETZDORF
ASSECURANZBUREAU O.H.G.,

                Plaintiff,

                v.

M/V POLAR COSTA RICA, her engines, boilers, etc., M/V MAERSK NORTHWOOD, her engines, boilers, etc, and HAMBURG SUDAMERIKANISHE DAMPFSCHIFFFHARTS-GESELLSCHAFT APS & CO. KG,

                Defendants.

22-CV-7192 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      An initial pretrial conference is scheduled in this matter for October 21, 2022. Pursuant to the Court's September 2, 2022 Order, the parties were obligated to submit a proposed case management plan and joint letter by October 14, 2022. As of the date of this order, the parties have not filed these materials. The parties are directed to file a joint status letter and proposed case management plan no later than October 20, 2022.

SO ORDERED.

Dated:      October 18, 2022
               New York, New York

                                                      Hon. Ronnie Abrams
                                                      United States District Judge