UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WOLFES & VON ETZDORF ASSECURANZBUREAU O.H.G., <br><br> Plaintiff, <br><br> v. <br><br> HAMBURG SUDAMERIKANISCHE DAMPFSCHIFFAHRTS-GESELLSCHAFT APS & CO. KG, M/V POLAR COSTA RICA, *her engines, boilers, etc.*, and M/B MAERSK NORTHWOOD, *her engines, boilers, etc.*, <br><br> Defendants. | 22-CV-7192 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On September 2, 2022, the Court ordered the parties to submit a joint letter, not to exceed five (5) pages, providing information that the Court specified in advance of the initial pretrial conference. While the parties have filed a proposed case management plan, as of today's date, no joint letter has been filed.

The parties shall submit their joint letter promptly and in advance of the conference scheduled for December 2, 2022 at 2:00 p.m.

SO ORDERED.

Dated:  December 1, 2022
        New York, New York

_____
Hon. Ronnie Abrams
United States District Judge