UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WOLFES & VON ETZDORF
ASSECURANZBUREAU O.H.G.,

                Plaintiff,

                v.

HAMBURG SUDAMERIKANISCHE
DAMPFSCHIFFAHRTS-GESELLSCHAFT APS
& CO. KG, M/V POLAR COSTA RICA, *her
engines, boilers, etc.*, and M/B MAERSK
NORTHWOOD, *her engines, boilers, etc.*,

                Defendants.

22-CV-7192 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The telephonic initial pretrial conference scheduled for today is adjourned to 3:00 p.m.;

Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:    December 2, 2022
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge