UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WOLFES & VON ETZDORF
ASSECURANZBUREAU O.H.G.,

                  Plaintiff,

                  v.

HAMBURG SUDAMERIKANISCHE
DAMPFSCHIFFFAHRTS-GESELLSCHAFT
APC & CO. KG,

                  Defendant.

22-CV-7192 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

At the post-fact discovery conference held April 7, 2023, the parties indicated that discovery in this action was ongoing, with expert discovery set to close June 15, 2023. *See* Dkt. 18. They further indicated that they anticipated any dispositive motions would be filed at the close of discovery. As of today's date, neither party has filed any such motion.

Accordingly, the parties are directed to file a joint status letter no later than September 5, 2023, indicating what efforts have been made to settle the action, and whether either party intends to file a dispositive motion, along with a proposed briefing schedule. Failure to file the letter may result in dismissal of this action for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated:      August 25, 2023
              New York, New York

                                                           Hon. Ronnie Abrams
                                                           United States District Judge